PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

CASE NUMBER *(Tran. Court)*
2:21CR000243-02

CASE NUMBER *(Rec. Court)*
25cr479 (KMW)

| | | |
|---|---|---|
| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:** Anthony Feliu-Lopez | **DISTRICT** Eastern District of Pennsylvania | **DIVISION** |
| | **NAME OF SENTENCING JUDGE** John Milton Younge, U.S. District Judge | |
| | **DATES OF PROBATION/SUPERVISED RELEASE:** | **FROM** 05/16/2025  **TO** 05/15/2030 |

**OFFENSE**
21:846 and 841(a)(1), (b)(1)(A) Conspiracy to distribute 400 grams or more of fentanyl, 280 grams or more of cocaine base ("crack"), and cocaine (Count One), 21:841 (a)(1), (b)(1)(C) and 18:2 Distribution of fentanyl and aiding and abetting (Count Six), 21:841 (a)(1), (b)(1)(C) and 18:2 Distribution of fentanyl and cocaine base ("crack") and aiding and abetting (Count Nine), 18:922(g)(1) and 924(a)(2) Possession of ammunition by a felon (Count 17).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of New Jersey** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____July 21, 2025_____                    _/s/ John Milton Younge_____
         *Date*                                        *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **District of New Jersey**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_July 23 2025_                                   [signature]
*Effective Date*                                 *United States District Judge*